NO. W12-54028-R(A)    WR-71,015-02
71,015-02

To the Honorable Court of Criminal Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 12 2015

Abel Acosta, Clerk

On the 6th day October 2015 Stevenson Received A Notice from the Court of Criminal Appeal. On the 29th of September 2015 Stevenson Received A Copy of the Attorney's Affidavit from the 265th District Court of Dallas County Texas the same time you Received Stevenson 11.07 writ of habeas Corpus. which should have been together. The time had Elapsed before the Court sent Stevenson the Attorney Affidavit so that he could Respond and Object to Counsel Affidavit. Stevenson Just sent back his Objections and Rebuttal to Attorney Affidavit to 265th District Court of Dallas County Texas, Stevenson Request that the Court of Criminal Appeals will Please Review his Objection and Rebuttals. Stevenson has also Requested A Evidentiary hearing that he Felt was Necessary for the Court to Review New Evidence, Affidavits DVD, Witnesses, Stevenson ask if he could be their to tell his side not Just on paper So I ask the Honorable Court of Criminal Appeal to give my Rebuttal and Objection to Lawyer Affidavit time to catch up with the 11.07 habeas Corpus Please and for give the lower Court for their ERROR.

Respectfully,
Donald Stevenson
#1825829
James Allred Unit

Sent off
10-7-15

P.S.

Stevenson wrote to the 265th district Court of Dallas County Texas.
Asking them to Please send to you my Objection and Rebuttal to the Attorney's Affidavit as soon as possible an let them beaware the Court of Criminal has Knowledge it's on it's way. Or Could you Request they send it.

Thank you
Respectfully Donald Stevenson
Date - 10-7-15